# IN THE SUPREME COURT OF THE STATE OF NEVADA

JENNIFER PECKHAM, N/K/A
JENNIFER HARVEY,

Appellant,

vs.

DOSIE W.D. MCCLOUD,

Respondent.

No. 72932

FILED

JUN 05 2017

*ORDER DISMISSING APPEAL*

This is a pro se appeal from an order addressing a motion for relief from judgment and for modification of child custody. Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was prematurely filed, before the entry of a final written judgment, and is therefore not appealable. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School Dist.*, 103 Nev. 686, 747 P.2d 1380 (1987). The order makes findings of fact and conclusions of law and then determines that an evidentiary hearing is warranted. It appears from the record on appeal that the hearing is set for September 2017. Accordingly, we conclude that the appeal is premature and we lack jurisdiction. We

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Bridget E. Robb, District Judge
Jennifer Peckham
Routsis Hardy-Cooper
Washoe District Court Clerk